IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00235-CV

 

James Leonard 

& Leonard Law Firm, PLLC,

                                                                                    Appellants

 v.

 

James Grant and Beverly Grant,

                                                                                    Appellees

 

 

 



From the 40th District
Court

Ellis County, Texas

Trial Court No. 80,313

 



MEMORANDUM  Opinion



 








Appellants have filed a “Motion to
Dismiss.”  See Tex. R. App. P. 42.1(a)(1). 
It states that Appellants no longer wish to prosecute their claims against
Appellees.  Dismissal of this appeal would not prevent a party from seeking
relief to which it would otherwise be entitled.  The motion is granted, and the
appeal is dismissed.








 

REX D. DAVIS

Justice

 

 

Before Chief
Justice Gray,

            Justice
Reyna, and 

Justice
Davis

Motion granted;
appeal dismissed

Opinion
delivered and filed August 25, 2010

[CV06]

 






serif">(a) At any time before the appellate court’s decision, the appellate court may dismiss the
appeal if the appellant withdraws his or her notice of appeal. The appellant and his or her
attorney must sign the written withdrawal and file it in duplicate with the appellate clerk,
who must immediately send the duplicate copy to the trial court clerk.
 
Tex. R. App. P. 42.2(a).
      We have not issued a decision in this appeal. The motion is signed by both Flores and his
attorney. Thus, the motion meets the requirements of the rules and is granted.
      Flores' appeal is dismissed.
                                                                               PER CURIAM
 
Before Chief Justice Davis,
      Justice Cummings, and
      Justice Vance
Dismissed on appellant's motion
Opinion delivered and filed January 21, 1998
Do not publish